# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

130918

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELSIE FOSTER-SMITH, Personal Representative
of the Estate of THERESA FOSTER,
      Plaintiff-Appellant,

v

KENYA N. SPRATT,
      Defendant,

and

FAST PETE'S HAULING & DEMOLITION CO.,
      Defendant-Appellee,

and

FIRM BUILT CONSTRUCTION, INC., and
DALE HATT,
      Defendants.

SC: 130918
COA: 262483
Wayne CC: 03-326873-NO

_____/

      On order of the Court, the application for leave to appeal the March 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

Clerk

s0913